David J. Kaminski (*Appearing Pro Hac Vice*)
KaminskiD@cmtlaw.com
Keith A. Yeomans (*Appearing Pro Hac Vice*)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendant
Stellar Recovery, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Noel Guevarra Martinez** and **Denise Ortiz**, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**Stellar Recovery, Inc.**,<br><br>Defendant. | Case no. 2:14-cv-01489-NVW<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the memorialization of their agreement, and file a stipulation of dismissal with prejudice as to plaintiffs NOEL GUEVARRA MARTINEZ and DENISE ORTIZ, and without prejudice as to the putative class members, within 45 days from the date of this notice.

{00031543;1}

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

Dated April 24, 2015,                     **HYDE & SWIGART**

                                          /s/ David James McGlothlin

                                          David James McGlothlin

                                          *Attorneys for Plaintiffs*
                                          *Noel Guevarra Martinez and*
                                          *Denise Ortiz.*


Dated April 24, 2015,                     **CARLSON & MESSER LLP**

                                          /s/ David J. Kaminski

                                          David J. Kaminski
                                          Keith A. Yeomans

                                          *Attorneys for Defendant*
                                          *Stellar Recovery, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on **April 24, 2015**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David James McGlothlin
Hyde & Swigart
2633 E Indian School Rd., Ste. 460
Phoenix, AZ 85016
602-265-3332
602-230-4482 (fax)
david@westcoastlitigation.com

By:   /s/ David J. Kaminski
David J. Kaminski

*Attorneys for Defendant
Stellar Recovery, Inc.*