David J. McGlothlin (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ  85016
Tel:  (602) 265-3332
Fax:  (602) 230-4482

*Attorneys for Plaintiffs*

David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

*Attorneys for Defendant*
*Stellar Recovery, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Noel Guevarra Martinez** and **Denise Ortiz**, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>**Stellar Recovery, Inc.**,<br><br>　　　　　　　　Defendant. | Case no. 2:14-cv-01489-NVW<br><br>CLASS ACTION<br><br>**STIPULATION TO DISMISS THE ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that Plaintiffs  NOEL GUEVARRA MARTINEZ and DENISE ORTIZ ("Plaintiffs"), through their counsel or record, David McGlothlin of Hyde & Swigart, and Defendant STELLAR RECOVERY, INC., ("Defendant"), through their counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this

{Martinez - Stip to Dismiss;1}

1

Stipulation to Dismiss the action of Plaintiffs, NOEL GUEVARRA MARTINEZ and DENISE ORTIZ with prejudice and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

Dated August 7, 2015                                  **HYDE & SWIGART**

                                                     /s/ David J. McGlothlin
                                                     David J. McGlothlin

                                                     *Attorneys for Plaintiffs*
                                                     *Noel Guevarra Martinez and Denise Ortiz*

Dated August 7, 2015                                  **CARLSON & MESSER LLP**

                                                     /s/ David J. Kaminski
                                                     David J. Kaminski (*Appearing Pro Hac Vice*)
                                                     Keith A. Yeomans (*Appearing Pro Hac Vice*)

                                                     *Attorneys for Defendant*
                                                     *Stellar Recovery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 7, 2015**, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David James McGlothlin
Hyde & Swigart
2633 E Indian School Rd., Ste. 460
Phoenix, AZ 85016
602-265-3332
602-230-4482 (fax)
david@westcoastlitigation.com


Dated August 7, 2014,                    **CARLSON & MESSER LLP**

                                         /s/ David J. Kaminski

                                         David J. Kaminski
                                         Keith A. Yeomans

                                         *Attorneys for Defendant*
                                         *Stellar Recovery, Inc.*

{Martinez - Stip to Dismiss;1}

3